UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Brendon C. Falk,<br><br>            Plaintiff,<br><br>      v.<br><br>County of San Joaquin; Patrick Withrow;<br>Aaron Madrigal; Mark Bello;<br>Michael Cocola; Ger Xiong, DOES 1-50,<br>inclusive,<br><br>            Defendants. | Case No. 2:23-cv-02377-MCE-CKD<br><br>ORDER GRANTING LEAVE TO FILE<br>SECOND AMENDED COMPLAINT AND<br>TO CHANGE THE CAPTION<br><br>Complaint Filed: 10/18/23<br>FAC Filed: 10/30/23<br>Answer Filed: 11/29/23 |

ORDER OF THE COURT

On December 21, 2023, plaintiff moved this Court for leave to file a Second Amended Complaint in this matter. Attached to plaintiff's motion was the proposed Second Amended Complaint and a Stipulation executed by counsel for all parties consenting to the propriety of the relief sought.

Having received no opposition, and pursuant to Federal Rules of Civil Procedure rule 15(a)(2), and as required by justice, plaintiff's Motion is **GRANTED**.

///

///

1 of 2

ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

1       The Court **ORDERS** as follows:

2    1.  Not later than five (5) days following the date this Order is electronically filed, Plaintiff

3        shall file the Second Amended Complaint on the docket.

4    2.  Once the Second Amended Complaint is filed, the Clerk of the Court is directed to amend

5        the case caption accordingly.

6       IT IS SO ORDERED.

7

8    Dated:  January 17, 2024

9

10                                    _____
                                      MORRISON C. ENGLAND, JR.
11                                    SENIOR UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT